**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jon F. Maletto** | Social Security number or ITIN **xxx–xx–2390** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **13–10396–TPA**

## Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jon F. Maletto

6/14/18

**By the court:**   Thomas P. Agresti
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-10396-TPA
Jon F. Maletto                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin              Page 1 of 2              Date Rcvd: Jun 14, 2018
                              Form ID: 3180W          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
```
db             +Jon F. Maletto,    5 Brickwork Road Ext.,    Kane, PA 16735-4911
aty            +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
13598801       +AES /Citisens NA,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
13598802        Bank Of America,    Attn: Bankruptcy Nc4-105-02-77 PO B,    Greensboro, NC 27410
13598808        Jennifer Maletto,    2410 Bush Ave, Lot 19,    Colorado Springs, CO 80904-4175
13706394      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,     PO Box 630267,    Irving, TX 75063)
13706886       +Phelan Hallinan LLP,    1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
13598810        State of Washington DSHS,    Constituent Services,    PO Box 45130,    Olympia, WA 98504-5130
13630723        Washington State Support Registry,    Everett Division of Child Support,    P.O. Box 11520,
                 Tacoma, WA 98411-5520
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2018 01:41:25      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jun 15 2018 01:42:06      Bank of America, N.A.,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13598803       +EDI: BANKAMER.COM Jun 15 2018 05:23:00      Bank Of America, N.a.,    450 American St,
                 Simi Valley, CA 93065-6285
13618553        EDI: BANKAMER.COM Jun 15 2018 05:23:00      Bank of America, N.A.,    NC4-105-02-99,
                 PO Box 26012,    Greensboro, NC 27420-6012
13598804       +EDI: RESURGENT.COM Jun 15 2018 05:23:00      CACH LLC,    4340 S. Monaco Street, Unit 2,
                 Denver, CO 80237-3485
13598805       +EDI: CITICORP.COM Jun 15 2018 05:23:00      Citi,    POB 6241,    Sioux Falls, SD 57117-6241
13598806       +EDI: FORD.COM Jun 15 2018 05:23:00      Ford Motor Credit,    PO Box 152271,
                 Irving, TX 75015-2271
13635661        E-mail/Text: BKRMailOps@weltman.com Jun 15 2018 01:41:47      Ford Motor Credit Company LLC,,
                 a Delaware Limited Liability Company,    c/o Weltman, Weinberg & Reis,
                 436 7th Avenue, Suite 1400,    Pittsburgh, PA 15219-1827
13598807        EDI: RMSC.COM Jun 15 2018 05:23:00      Green Tree Servicing,    332 Minnesota St Ste 610,
                 Saint Paul, MN 55101
13692734        E-mail/Text: bankruptcy.bnc@ditech.com Jun 15 2018 01:41:13      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone #: 888-298-7785
13692735       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 15 2018 01:41:13      Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
14347744       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 15 2018 01:42:18
                 LSF9 Master Participation Trust,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13598809       +EDI: SEARS.COM Jun 15 2018 05:23:00      Sears /CBNA,    PO Box 6282,
                 Sioux Falls, SD 57117-6282
                                                                                               TOTAL: 13
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              DITECH FINANCIAL LLC
cr              Ditech Financial LLC fka    Greentree Servicing LLC
cr              Ford Motor Credit Company LLC, a Delaware Limited
cr              Green Tree Servicing, LLC
cr              LSF9 Master Participation Trust
cr              Nationstar Mortgage. LLC
                                                                                               TOTALS: 6, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1           User: lfin                  Page 2 of 2                   Date Rcvd: Jun 14, 2018
                               Form ID: 3180W              Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    LSF9 Master Participation Trust ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka   Greentree Servicing LLC
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage. LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC, a Delaware Limited
               Liability Company jvalecko@weltman.com,   PitEcf@weltman.com
              Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage. LLC pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage. LLC jschalk@barley.com,
               sromig@barley.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Peter J. Ashcroft    on behalf of Creditor    Bank of America, N.A. pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Scott A. Dietterick    on behalf of Creditor    Nationstar Mortgage. LLC sad@jsdc.com,
               kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
              Stephen H. Hutzelman    on behalf of Debtor Jon F. Maletto shutzelman@shapiralaw.com,
               shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
              Thomas  Song    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
                                                                                               TOTAL: 14
```