**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/13/18 4:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   JON F. MALETTO

        Debtor(s)

   Ronda J. Winnecour
        Movant
       vs.
   No Repondents.

Case No.:13-10396 TPA

Chapter 13

Document No.:  135

ORDER OF COURT

  AND NOW, this _____13th_____ day of _____June_____, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-10396-TPA
Jon F. Maletto                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin            Page 1 of 2          Date Rcvd: Jun 14, 2018
                                Form ID: pdf900      Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
```
db             +Jon F. Maletto,    5 Brickwork Road Ext.,    Kane, PA 16735-4911
aty            +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
13598801       +AES /Citisens NA,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
13598802        Bank Of America,    Attn: Bankruptcy Nc4-105-02-77 PO B,    Greensboro, NC 27410
13598803       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13598805       +Citi,    POB 6241,    Sioux Falls, SD 57117-6241
13598806       +Ford Motor Credit,    PO Box 152271,    Irving, TX 75015-2271
13598808        Jennifer Maletto,    2410 Bush Ave, Lot 19,    Colorado Springs, CO 80904-4175
13706394      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,    PO Box 630267,    Irving, TX 75063)
13706886       +Phelan Hallinan LLP,    1617 JFK Blvd., Suite 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1823
13598809       +Sears /CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
13598810        State of Washington DSHS,    Constituent Services,    PO Box 45130,    Olympia, WA 98504-5130
13630723        Washington State Support Registry,    Everett Division of Child Support,    P.O. Box 11520,
                 Tacoma, WA 98411-5520
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jun 15 2018 01:42:08     Bank of America, N.A.,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13598804       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 15 2018 01:47:53      CACH LLC,
                 4340 S. Monaco Street, Unit 2,    Denver, CO 80237-3485
13635661        E-mail/Text: BKRMailOps@weltman.com Jun 15 2018 01:41:47      Ford Motor Credit Company LLC,,
                 a Delaware Limited Liability Company,    c/o Weltman, Weinberg & Reis,
                 436 7th Avenue, Suite 1400,    Pittsburgh, PA 15219-1827
13598807        E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2018 01:46:08      Green Tree Servicing,
                 332 Minnesota St Ste 610,    Saint Paul, MN 55101
13692734        E-mail/Text: bankruptcy.bnc@ditech.com Jun 15 2018 01:41:13      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone #: 888-298-7785
13692735       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 15 2018 01:41:13      Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
14347744       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 15 2018 01:42:18
                 LSF9 Master Participation Trust,    c/o Caliber Home Loans, Inc.,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
                                                                                               TOTAL: 7
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              DITECH FINANCIAL LLC
cr              Ditech Financial LLC fka   Greentree Servicing LLC
cr              Ford Motor Credit Company LLC, a Delaware Limited
cr              Green Tree Servicing, LLC
cr              LSF9 Master Participation Trust
cr              Nationstar Mortgage. LLC
13618553      ##Bank of America, N.A.,    NC4-105-02-99,    PO Box 26012,    Greensboro, NC 27420-6012
                                                                                   TOTALS: 6, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: lfin              Page 2 of 2            Date Rcvd: Jun 14, 2018
                              Form ID: pdf900         Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:

```
          Ann E. Swartz    on behalf of Creditor    LSF9 Master Participation Trust ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC fka    Greentree Servicing LLC
           bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage. LLC pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC, a Delaware Limited
            Liability Company jvalecko@weltman.com,    PitEcf@weltman.com
          Jerome B. Blank    on behalf of Creditor    Nationstar Mortgage. LLC pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    Nationstar Mortgage. LLC jschalk@barley.com,
           sromig@barley.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Peter J. Ashcroft    on behalf of Creditor    Bank of America, N.A. pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott A. Dietterick    on behalf of Creditor    Nationstar Mortgage. LLC sad@jsdc.com,
           kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
          Stephen H. Hutzelman    on behalf of Debtor Jon F. Maletto shutzelman@shapiralaw.com,
           shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
          Thomas   Song    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
                                                                                             TOTAL: 14
```